Case No. 21-3972/21-3974/21-3982/21-4070/21-4128

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

BRIAN GARRETT [21-3972]; NICHOLAS NUTTER, et al. [21-3982]

      Plaintiffs

and

EDWARD GONZALES; JOHN ANTOGNOLI; KENT KILGORE; ROGER BEEDON; ADAM PLOUSE; DANIEL RITCHIE; MICHAEL SCHYCK; DOCTOR MARK CHRYSTAL; JOEL DAVIS; JOHN DOES, 1-2, 4-6, 8, 10-15, 17, 19, 21-25, 27, 29-33, 35-46, 48, 50-51, 53, 56-59, 61, 62, 64, 69, 75, 77, 85-86, and 88-91 individually and on behalf of all others similarly situated [21-3972]

ROCKY RATLIFF [21-3974]

ERIC SMITH; MARK COLEMAN; WILLIAM KNIGHT; JACK CAHILL; SCOTT OVERHOLT; ELMER LONG; RYAN HENRY; MICHAEL GLANE; CHRISTOPHER PERKINS; MICHAEL CALDWELL; THOMAS ROEHLIG; BRIAN ROSKOVICH; RICK MONGE; THOMAS LISY; ANASTACIO TITO VAZQUEZ, JR.; JOHN MACDONALD, JR.; MAROON MONDALEK; LEO DISABATO; PETER NATHANSON; JEFFREY LADROW; ANTHONY SENTIERI; JOHN DOE, 1-15, 17-19 [21-3982]

MICHAEL ALF; GARY TILL; ALLEN NOVAKOWSKI; CHRIS ARMSTRONG; JOHN DOES, 93-97 and 99 individually and on behalf of all others similarly situated [21-4070]

MICHAEL CANALES; JOHN DOE 20 [21-4128]

      Plaintiffs - Appellants

v.

THE OHIO STATE UNIVERSITY

      Defendant - Appellee

BEFORE: GUY, WHITE and LARSEN, Circuit Judges.

  Upon review of the pending motions, the Court ORDERS as follows:

(1) The motions for leave of RAINN, et al. to file an amici curiae brief and Child USA to file an amicus curiae brief are **GRANTED**, and the amicus briefs are accepted as filed;

(2) The plaintiffs' motion to strike Addendum A to the defendant's principal brief is **DENIED**;

(3) The motion for leave to amend the caption is **GRANTED IN PART**. The motion is **GRANTED** insofar as John Does 92, 100, and 101 will be added to the case caption. The motion is D**ENIED** insofar as Brian Garrett will not be removed from the case caption.

**ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: February 14, 2023